IN RE M.M.

[Cite as *In re M.M.,* 122 Ohio St.3d 541, 2009-Ohio-4048.]

*Certified question answered in the negative and judgment of the court of appeals affirmed on the authority of In re Schaefer.*

(Nos. 2009-0090 and 2009-0318 — Submitted July 14, 2009 — Decided August 18, 2009.)

APPEAL from the Court of Appeals for Montgomery County, Nos. 22872 and 22873, 2008-Ohio-6236.

_____

{¶ 1} The certified question is answered in the negative and the judgment of the court of appeals is affirmed on the authority of *In re Schaefer*, 111 Ohio St.3d 498, 2006-Ohio-5513, 857 N.E.2d 532.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Richard A. F. Lipowicz, for appellant Jessica Lairson.

Flanagan, Lieberman, Hoffman & Swaim and Richard Hempfling, for appellant Kathy Richards.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellee, Montgomery County Children Services.

_____